1  Your Name: _____

2  Address: _____

3  _____

4  Phone Number: _____

5  Email Address: _____

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  Division [check one]:   ☐ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

| _____ | Case No. _____ |
|---|---|
| _____ | **NOTICE OF VOLUNTARY DISMISSAL OF** |
| Plaintiff, | [check one] |
| v. | ☐ **THIS ENTIRE CASE** |
| _____ | ☐ **ONLY DEFENDANT** [name] |
| _____ | _____ |
| _____ | Judge: Hon. _____ |
| Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☐ This entire case.

☐ Only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: _____    Signature: *[signed] John Arthur Ennis Jr*

Print Name: _____

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** _____ v. _____

2. **Case Number:** _____

3. **What documents were served?** Write the full name or title of the document(s)
   _____
   _____

4. **How was the document served?** Check one:
   ☐ Placed in U.S. Mail
   ☐ Hand-delivered
   ☐ Sent for delivery (e.g., FedEx, UPS)
   ☐ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** Write the full name and contact information for each person you sent the document.
   _____   _____
   _____   _____
   _____   _____
   _____   _____

6. **When were the documents sent?** _____

7. **Who served the documents?** Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: *Renée Aantone Hitt*

Name: _____

Address: _____
_____